# IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT LLC, A NEVADA
LIMITED LIABILITY COMPANY; LN
MANAGEMENT LLC SERIES 5204
PAINTED SANDS; AND RYAN WELCH,
INDIVIDUALLY,

                Appellants,

vs.

THE ROCKBRIDGE GROUP, LLC, A
FOREIGN LIMITED LIABILITY
COMPANY,

                Respondent.

No. 78979

**FILED**

NOV 25 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order, purportedly certified as final under NRCP 54(b), granting a motion for determination of good faith settlement and dismissing claims. Eighth Judicial District Court, Clark County; Mark R. Denton, Judge.

This court previously ordered appellants to show cause why this appeal should not be dismissed for lack of jurisdiction. It appeared that the district court has not yet entered a final judgment appealable under NRAP 3A(b)(1), *see Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment), and the court's NRCP 54(b) certification was improper. In response, appellants agree that the NRCP 54(b) certification was improper and ask that this court dismiss this appeal.

As it does not appear that the district court has entered a final judgment or properly certified any order as final under NRCP 54(b), the

SUPREME COURT
OF
NEVADA

(O) 1947A

challenged order is not appealable under NRAP 3A(b)(1). And it does not appear that any other statute or court rule authorizes this appeal. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, it appears that this court lacks jurisdiction and this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.       _____, J.
Stiglich                                                   Silver


cc:    Hon. Mark R. Denton, District Judge
       Persi J. Mishel, Settlement Judge
       Kerry P. Faughnan
       Springel & Fink, LLP
       Eighth District Court Clerk